# UNITED STATES DISTRICT COURT

for the

District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:26 pm, Aug 14, 2025*
**JEFFREY P. COLWELL, CLERK**

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | |
|  | ) | Case No.   1:25-mj-00199-RTG |
|  | ) | |
| DAVID LEROY CARVER JR | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:  On or about August 13, 2025, in the State and District of Colorado and elsewhere, David Leroy Carver Jr., while on an aircraft in the special aircraft jurisdiction of the United States, did assault or intimidate a flight crew member or a flight attendant of the aircraft, interfered with the performance of the duties of the member or attendant, or lessened the ability of the member or attendant to perform those duties, in violation of Title 49, United States Code, Section 46504.

I further state that I am a Special Agent, with the Federal Bureau of Investigation (FBI) and that this complaint is based on the Affidavit, which is attached hereto and herein incorporated by reference.

| *Code Section* | *Offense Description* |
|---|---|
| Title 49 U.S.C. § 46504 | Interference with Flight Crew Members and Attendants |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

_____
*s/ Randy Watts*
*Complainant's signature*

Randy Watts, Special Agent, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: August 14, 2025

_____
*Richard T. Gurley*
*Judge's signature*

City and state:  Grand Junction, CO

Richard T. Gurley, United States Magistrate Judge
*Printed name and title*

DEFENDANT:        David Leroy Carver Jr

YEAR OF BIRTH:    1978

ADDRESS (CITY/STATE):  Los Angeles, California

OFFENSE(S): COUNT 1: Interference with Flight Crew Members and Attendants, Title 49 U.S.C. §
          46504

LOCATION OF OFFENSE (County/State):  Mesa County, Colorado

PENALTY:    NMT 20 years imprisonment, NMT $250,000.00 fine or both; and $100.00 Special
          Assessment

AGENT/DEPUTY:    Randy Watts, Special Agent

AUTHORIZED BY:    Jennifer Springer, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X    five days or less        _____ over five days        _____ other

THE GOVERNMENT **will** seek detention in this case pursuant to 18 U.S.C. §3142(f)(2)

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF case:    _____ Yes    ___X__ No

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Your affiant, Randy Watts, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn depose and state as follows to wit:

2. Your affiant has been employed by the FBI since January of 2016 and is currently assigned to the FBI Denver Division, Grand Junction Resident Agency. My responsibilities and duties include investigating federal criminal violations. I am trained as an airport liaison agent and have experience in investigating federal criminal violations occurring in the special maritime jurisdiction of the United States, which includes Title 49, United States Code, Section 46504 Interference with Flight Crew Members and Attendants.

3. The facts submitted in support of this affidavit, as contained in the following paragraphs, are based in part on information provided by other state and local law enforcement officers, as well as your affiant's personal knowledge and observations.

4. This affidavit is being submitted in support of a criminal complaint and request for an arrest warrant charging David Leroy Carver Jr. with a violation of Title 49, United States Code, Section 46504 Interference with Flight Crew Members and Attendants. Due to the limited purpose of this affidavit, your affiant has not included each and every fact known concerning this investigation, although, to the best of his information, knowledge and belief, your affiant has not omitted any material fact that undermines the statements and conclusions herein.  Your affiant has set forth only the facts your affiant believes are necessary to establish probable cause to show that David Leroy Carver Jr committed Interference with Flight Crew Members and Attendants, in violation of Title 49, United States Code, Section 46504

## **INVESTIGATION**

5.  On August 13, 2025, at approximately 11:19 AM, your affiant received a telephone call from Dylan Haberlein, Director of Operations for the Grand Junction Regional Airport located at 2828 Walker Field in Grand Junction, Colorado, advising a Breeze Airways flight, later determined to be flight number MXY704, was being diverted to the Grand Junction Regional Airport due to an unruly passenger. Your affiant was told the unruly passenger may have assaulted multiple people on board during the flight and was being physically restrained. The flight had taken off from Norfolk, Virginia and was enroute to Los Angeles, California. Due to the actions and disturbance of the passenger, the flight was diverted to the Grand Junction Regional Airport.

6.  Soon after receiving the information from Mr. Haberlein, your affiant responded to the Grand Junction Regional Airport. Immediately upon arrival, your affiant observed multiple Grand Junction Police Department marked patrol vehicles parked on the tarmac next to a blue Breeze Airways airplane with their emergency lights activated. Multiple Grand Junction Regional Airport personnel were also in an around the parked airplane, which had an access ramp positioned up against the front passenger door.

7.  Your affiant was met at the Grand Junction Regional Airport by Grand Junction Police Department (GJPD) Sergeant Stan Ancell. Sergeant Ancell advised GJPD had contacted and detained the subject, identified as David Leroy Carver Jr., a forty-seven year-old Caucasian male, inside the plane upon its arrival and had detained him inside the back of a GJPD patrol parked on the tarmac next to the Breeze Airways plane.

Sergeant Ancell provided your affiant with Carver's California Driver License, which listed a Los Angeles address. Sergeant Ancell advised Carver was discovered to have an active non-extraditable arrest warrant out of California for Obstruction/Resisting a Police Officer. Your affiant later confirmed this warrant was issued out of Santa Monica, California. The date of the warrant was listed August 11, 2025. Carver was also named in a protection order.

8. Your affiant then contacted responding GJPD Officer Arnold Naik, who was one of three GJPD officers who responded to the Grand Junction Regional Airport for a report of an unruly male passenger who had assaulted other passengers. Officer Naik was advised the unruly passenger was physically restrained by others onboard after the unruly passenger slipped out of zip-tie restrains. Once on scene, Officer Naik and fellow GJPD Officer Mitchel Meens entered the Breeze Airways plane and were directed by flight attendants to the male standing in the aisle of the plane with luggage and a skateboard in his hands. GJPD officers then contacted Carver, placed him in handcuffs, and escorted him off the plane. It appeared Carver was intoxicated at the time of his contact with GJPD.

9. After removing Carver from the plane, GJPD officers determined there were no injuries to any of the passengers onboard. GJPD began to identify witnesses and collect statements as to what had occurred. From one identified witness, Officer Naik learned Carver was heard making multiple overt inappropriate sexual comments and racial slurs to one of the black female flight attendants identified as Vanessa Correia during the flight. These comments included statements by Carver that the flight attendant was his "servant" and that she was a "nigga." This witness confronted

Carver in an attempt to get him to stop, which resulted in Carver threatening to punch the witness. In addition, Carver took some of the chewing tobacco he was using in his mouth and threw it at the witness's face. A second witness then intervened and physically grabbed Carver and sat him down into Carver's sear. Flight Attendant Correia then attempted to place physical restraints on Carver, which resulted in Carver lunging at Flight Attendant Correia causing her to sustain a small abrasion to her left hand above her thumb. Your affiant was able observe the small abrasion and document it photographically.

10. Flight Attendant Correia was eventually able to place multiple zip-tie restraints on Carver momentarily. Carver was able to free his hands from those restraints, at which point he removed the belt he was wearing on his pants and wrapped it around his hand and knuckles as if he were about to use it to assault someone. Your affiant was later able to view the belt, which appeared to be a black leather belt lined with silver metal square studs. Flight Attendant Correia was able to separate Carver from the belt to prevent Carver from harming other passengers. After removing the belt from Carver, he sat back in his seat until the plane landed at the Grand Junction Regional Airport.

11. In addition to the above, your affiant learned Carver was served approximately six mix alcoholic drinks while aboard Breeze Airways flight MXY704 by flight attendants.

12. Based on the above information, Carver was placed under arrest and subsequently transported to the Mesa County Detention Center located in Grand Junction. Carver was transported by uniform GJPD officers. Prior to his departure, your affiant briefly

spoke with Carver and advised him of his arrest for the above listed federal offense of Interference with Flight Crew Members and Attendants.

## **CONCLUSION**:

13. Based on the above information, it is requested a warrant be issued for David Leroy Carver Jr. for Interference with Flight Crew Members and Attendants, in violation of Title 49, United States Code, Section 46504.

*s/Randy Watts*
Special Agent
FBI

Submitted, attested to, and acknowledged before me by reliable electronic means on August 14, 2025.

BY THE COURT:

*Richard T. Gurley*
RICHARD T. GURLEY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

Affidavit reviewed and submitted by Jennifer Springer, Assistant United States Attorney.

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No. |
| | ) | |
| DAVID LEROY CARVER JR__ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* David Leroy Carver Jr., who is accused of an offense or violation based on the following document filed with the court:

☐Indictment    ☐Superseding Indictment    ☐Information    ☐Superseding Information    ☒Complaint
☐Probation Violation Petition    ☐Supervised Release Violation Petition    ☐Violation Notice    ☐Order of the Court

This offense is briefly described as follows: Interference with Flight Crew Members and Attendants, Title 49, U.S.C. § 46504.

Date: August 14, 2025

*Richard T. Gurley*
*Issuing officer's signature*

City and state:  Grand Junction, CO

Richard T. Gurley, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____          _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |