AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | |
| ) | Case No.  1:25-mj-00199-RTG |
| ) | |
| DAVID LEROY CARVER JR ) | |
| *Defendant* ) | |

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* <u>David Leroy Carver Jr.</u>, who is accused of an offense or violation based on the following document filed with the court:

☐Indictment      ☐Superseding Indictment      ☐Information      ☐Superseding Information      ☒Complaint
☐Probation Violation Petition      ☐Supervised Release Violation Petition      ☐Violation Notice      ☐Order of the Court

This offense is briefly described as follows: Interference with Flight Crew Members and Attendants, Title 49, U.S.C. § 46504.

Date: August 14, 2025

*Richard T. Gurley*
_____
*Issuing officer's signature*

City and state:  Grand Junction, CO

Richard T. Gurley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*