AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| DAVID LEROY CARVER JR | ) |
| *Defendant* | ) |

## ARREST WARRANT

TO:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* David Leroy Carver Jr., who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Interference with Flight Crew Members and Attendants, Title 49, U.S.C. § 46504.

Date: August 14, 2025

*Richard T. Gurley*
*Issuing officer's signature*

City and state: Grand Junction, CO

Richard T. Gurley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/14/2025, and the person was arrested on *(date)* 8/14/25
at *(city and state)* Grand Junction, Colorado.

Date: 8/14/25

*Arresting officer's signature*

Candy Watts, Special Agent
*Printed name and title*