IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Richard T. Gurley

| | |
|---|---|
| Criminal Case No. 25-MJ-00199-RTG | Court Deputy: K. Flynn |
| Date:  August 14, 2025 | FTR: Grand Junction |

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. DAVID LEROY CARVER, JR.,**
Defendant.

_____
Court Minutes-Initial Appearance on Complaint
_____

Court in Session: 1:31 p.m.

Defendant appeared in custody in person.  AUSA Jennifer Springer and Probation Officer Megan Dibsie appeared in person. AFPD Matthew Belcher appeared via VTC.

The Court advised the Defendant on the Complaint.  Defendant also entitled to a Preliminary Hearing.

ORDERED:   Defendant requested court-appointed attorney; and submitted a financial affidavit. The Court found that Defendant qualified for counsel under the CJA Plan and appointed same. AFPD Matthew Belcher accepted the appointment on behalf of the FPD.

Government requested continued detention. Defendant objected. Each side presented argument.

ORDERED: The Court entered a personal recognizance bond together with an Order setting forth Conditions.

ORDERED: Preliminary hearing set for Tuesday, August 19, 2025 at 1:30 PM in Room 323/Grand Junction before Magistrate Judge Richard T. Gurley.

ORDERED: Defendant released after processing, but subject to any other holds.

Hearing concluded at:1:53 p.m.
Hearing duration: 22 minutes