IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-mj-00199-RTG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID LEROY CARVER, JR.,

    Defendant.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    *s/ Jared Scott Westbroek*
    JARED SCOTT WESTBROEK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:   (303) 294-7002
    Facsimile:     (303) 294-1192
    jared_westbroek@fd.org
    Attorney for Mr. Carver, Jr.

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2025, I electronically filed the foregoing ***Notice of Attorney Appearance*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jennifer Springer, AUSA
Email: jennifer.springer@usdoj.gov

      *s/ Jared Scott Westbroek*
JARED SCOTT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
Facsimile:    (303) 294-1192
jared_westbroek@fd.org
Attorney for Mr. Carver, Jr.